IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONALD SHACKLEFORD                                                                  PLAINTIFF

v.                                    4:23-cv-00995-JM

WADE GILLIAM,
Saline County Detention Center; *et al.*                                            DEFENDANTS

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.  It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

DATED this 28th day of November 2023.

_____
UNITED STATES DISTRICT JUDGE